1  LAWRENCE G. BROWN
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARIA DEL ROCIO ARCEO-RANGEL, et al.,<br><br>　　　　　Defendants. | No. 2:CR-09-407 FCD<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date:  October 13, 2009<br>Time:  10:00 a.m.<br>Court: Hon. Frank C. Damrell |

　　　It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendants Maria Del Rocio Arceo-Rangel and Jesus Munoz-Castanon, on the other hand, through their respective attorneys, that:  (1) the status conference scheduled for October 13, 2009, at 10:00 a.m., shall be continued to November 2, 2009 at 10:00 a.m.; and (2) time from the date of this stipulation through, and including, the date of the status conference on November 2, 2009, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and Local Code T2.

　　　The parties note that there are thirteen defendants in this

1 case, and not all defendants have made their initial appearances
2 in this district; the evidence gathered in this case spans two
3 judicial districts, namely, the Eastern District of California
4 and the District of Nevada; there have been multiple interviews
5 of various defendants conducted in the Spanish language and those
6 interviews must translated to the English language; many of the
7 defendants are Spanish speakers with whom their counsel will have
8 to communicate with them through an English/Spanish interpreter;
9 and there will be significant discovery to be reviewed by the
10 attorneys and translated through an English/Spanish interpreter
11 for Spanish-speaking only defendants.  Based on these facts, the
12 parties stipulate and agree that it is unreasonable to expect
13 adequate preparation for pretrial proceedings and trial itself
14 within the time limits established in § 3161.

Dated:   October 8, 2009                /s/ Michael Long
                                        _____
                                        MICHAEL LONG
                                        Attorney for Defendant
                                        Maria Del Rocio Arceo-Rangel
                                        (per email authorization)

Dated:   October 8, 2009                /s/ Carl Larson
                                        _____
                                        CARL LARSON
                                        Attorney for Defendant
                                        Jesus Munoz-Castanon
                                        (per telephone authorization)

Dated:   October 8, 2009                LAWRENCE G. BROWN
                                        UNITED STATES ATTORNEY

                                                /s/ Samuel Wong
                                        By:  _____
                                            SAMUEL WONG
                                            Assistant U.S. Attorney

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation October 8, 2009, to and including November 2, 2009, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and Local Code T2 (unusual and complex case).

It is further ordered that the October 13, 2009, status conference shall be continued until November 2, 2009, at 10:00 a.m.

It is so ordered.

Dated: October 8, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE