LAWRENCE G. BROWN
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>MARIA DEL ROCIO ARCEO-<br>RANGEL, et al.,<br><br>                    Defendants. | No. 2:CR-09-407 FCD<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date:  October 13, 2009<br>Time:  10:00 a.m.<br>Court: Hon. Frank C. Damrell |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendants Maria Del Rocio Arceo-Rangel and Jesus Munoz-Castanon, on the other hand, through their respective attorneys, that:  (1) the status conference scheduled for October 13, 2009, at 10:00 a.m., shall be continued to November 2, 2009 at 10:00 a.m.; and (2) time from the date of this stipulation through, and including, the date of the status conference on November 2, 2009, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and Local Code T2.

The parties note that there are thirteen defendants in this

case, and not all defendants have made their initial appearances in this district; the evidence gathered in this case spans two judicial districts, namely, the Eastern District of California and the District of Nevada; there have been multiple interviews of various defendants conducted in the Spanish language and those interviews must translated to the English language; many of the defendants are Spanish speakers with whom their counsel will have to communicate with them through an English/Spanish interpreter; and there will be significant discovery to be reviewed by the attorneys and translated through an English/Spanish interpreter for Spanish-speaking only defendants.  Based on these facts, the parties stipulate and agree that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in § 3161.

Dated:   October 8, 2009              /s/ Michael Long
                                      _____
                                      MICHAEL LONG
                                      Attorney for Defendant
                                      Maria Del Rocio Arceo-Rangel
                                      (per email authorization)

Dated:   October 8, 2009              /s/ Carl Larson
                                      _____
                                      CARL LARSON
                                      Attorney for Defendant
                                      Jesus Munoz-Castanon
                                      (per telephone authorization)

Dated:   October 8, 2009              LAWRENCE G. BROWN
                                      UNITED STATES ATTORNEY

                                              /s/ Samuel Wong
                                      By:  _____
                                           SAMUEL WONG
                                           Assistant U.S. Attorney

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation October 8, 2009, to and including November 2, 2009, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and Local Code T2 (unusual and complex case).

It is further ordered that the October 13, 2009, status conference shall be continued until November 2, 2009, at 10:00 a.m.

It is so ordered.

Dated: October 8, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE