MICHAEL D. LONG
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone: (916) 447-1920
Facsimile: (916) 442-8299
Email:      Mike.Long.Law@msn.com

Attorney for Defendant
MARIA ARCEO-RANGEL

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: 2:09-cr-00407 KJM |
| Plaintiff, | **WAIVER OF DEFENDANT'S PRESENCE** |
| vs. | **Judge: Kimberly J. Mueller** |
| MARIA ARCEO-RANGEL | |
| Defendant | |

    Defendant MARIA ARCEO-RANGEL hereby waives her right to be personally present in open court for the hearing of any status conference, motion or other proceeding in this case, except that she will agree to be personally present for any plea, sentencing or jury trial, and she agrees to be personally present in court when ordered by the court to be present.

    Defendant MARIA ARCEO-RANGEL hereby requests the court to proceed in her absence.  Defendant agrees that her interests will be deemed represented at all times by the presence of his undersigned attorney, the same as if she were personally present.  Defendant further agrees to be present in court ready for trial on any date set by the court in her absence.

    Defendant further acknowledges that she has been informed of his rights under the Speedy Trial Act (Title 18 U.S.C. section 3161 – 3174), and she has authorized her undersigned

1 attorney to set times for hearings and to agree to delays under the provisions of the Speedy Trial
2 Act without her being personally present.
3     The original signed copy of this document will be kept in Mr. Long's file.
4 Dated: June 22, 2011        Respectfully submitted,

/s/ Maria Arceo-Rangel
By: MARIA ARCEO-RANGEL
Defendant

/s/ Michael D. Long
By: Michael D. Long
Attorney for Defendant
MARIA ARCEO-RANGEL

ORDER

    GOOD CAUSE APPEARING, Defendant MARIA ARCEO-RANGEL's waiver of personal appearance is accepted by the court, effective *nunc pro tunc* to June 22, 2011. IT IS SO ORDERED.

Dated: June 29, 2011.

                                                                    [signature]
UNITED STATES DISTRICT JUDGE