HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MARIA DEL ROCIO ARCEO-RANGEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA DEL ROCIO ARCEO-RANGEL,<br><br>Defendant. | No. Cr. S 09-407 KJM<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable KIMBERLY J. MUELLER |
|---|---|

Defendant, MARIA DEL ROCIO ARCEO-RANGEL, by and through her attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.     Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.     On June 11, 2014, this Court sentenced Ms. Arceo-Rangel to a term of 136 months imprisonment;

3. Her total offense level was 34, her criminal history category was I, and the resulting guideline range was 151 to 188 months. Ms. Arceo-Rangel received a sentence below the applicable range;

4. The sentencing range applicable to Ms. Arceo-Rangel was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Ms. Arceo-Rangel's total offense level has been reduced from 34 to 32, and her amended guideline range is 121 to 151 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Ms. Arceo-Rangel's term of imprisonment to 121 months.

Respectfully submitted,

Dated:  September 30, 2015

BENJAMIN B. WAGNER
United States Attorney

 /s/  *Jason Hitt*
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   September 30, 2015

HEATHER E. WILLIAMS
Federal Defender

 /s/ *Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
MARIA DEL ROCIO ARCEO-RANGEL

# ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Ms. Arceo-Rangel is entitled to the benefit of Amendment 782, which reduces the total offense level from 34 to 32, resulting in an amended guideline range of 121 to 151 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in June 2014 is reduced to a term of 121 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Ms. Arceo-Rangel shall report to the United States Probation Office within seventy-two hours after her release.

Dated: October 1, 2015

_____
UNITED STATES DISTRICT JUDGE