UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL ROCIO ARCEO-RANGEL,<br><br>Defendant-Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff-Respondent. | No. 2:09-cr-00407-KJM-1<br><br><br><br>ORDER TO SHOW CAUSE |

On June 8, 2016, Ms. Arceo-Rangel filed a motion asking the court to appoint counsel to review the retroactive application of *Johnson v. United States*, 135 S. Ct. 2551 (2015) to her case. ECF No. 539. On June 14, 2016, the court issued a minute order referring Ms. Arceo-Rangel's request to the Federal Defender's Office. ECF No. 540. On July 13, 2016, the Federal Defender's Office filed a notice that federal defender Ann C. McClintock had reviewed Ms. Arceo-Rangel's case, and had written to Ms. Arceo-Rangel regarding her request for counsel. ECF No. 545. As of the date of this order, the Federal Defender's Office reports it has not heard from Ms. Arceo-Rangel, nor has Ms. Arceo-Rangel filed anything with the court since her June 8, 2016 motion to appoint counsel.

/////

/////

/////

1   Accordingly, the court hereby orders Ms. Arceo-Rangel to SHOW CAUSE within
2  fourteen (14) days why the court should not deny her request for counsel due to her failure to
3  respond to the Federal Defender's efforts to communicate with her.
4   IT IS SO ORDERED.
5  DATED:  Decmeber 1, 2016

_____
UNITED STATES DISTRICT JUDGE