UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL ROCIO ARCEO-RANGEL, | No. 2:09-cr-00407-KJM-1 |
| Defendant-Movant, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, | |
| Plaintiff-Respondent. | |

On June 8, 2016, Ms. Arceo-Rangel filed a motion asking the court to appoint counsel to review the retroactive application of *Johnson v. United States*, 135 S. Ct. 2551 (2015), to her case. ECF No. 539. On June 14, 2016, the court issued a minute order referring Ms. Arceo-Rangel's request to the Federal Defender's Office. ECF No. 540. On July 13, 2016, the Federal Defender's Office filed a notice that federal defender Ann C. McClintock had reviewed Ms. Arceo-Rangel's case and had written to Ms. Arceo-Rangel regarding her request for counsel. ECF No. 545.

On December 1, 2016, the court ordered Ms. Arceo-Rangel to show cause within fourteen days why the court should not deny her request for counsel due to her failure to respond to the Federal Defender's Office. ECF No. 567. As of the date of this order, the court has not

1

1 | received any response to the order to show cause.  As the court cautioned it might in its prior
2 | order to show cause, the court DENIES Ms. Arceo-Rangel's request for counsel.
3 |         IT IS SO ORDERED.
4 | DATED: March 29, 2017

UNITED STATES DISTRICT JUDGE